**Deanna L. Koestel**
Partner
dkoestel@pashmanstein.com
Direct: 201.373.2063



October 29, 2024

<u>Via ECF</u>   **ORDER**

Hon. Jamel K. Semper, U.S.M.J.
United States District Court, District of New Jersey
50 Walnut Street
Newark, NJ 07102

RE:   **Wine Country Management, Inc. v. Filibuster Distillery, LLC**
      **Civil Action No. 2:24-cv-06883-JKS-MAH**

Dear Magistrate Judge Semper:

This firm represents Defendant Filibuster Distillery, LLC ("Defendant") in the captioned matter. I write jointly with Plaintiff's counsel to inform the Court that the parties have reached an agreement in principle to amicably resolve this litigation. Counsel are actively negotiating the terms of the necessary settlement documents and hope to reach an agreement as to their contents shortly. ==Accordingly, the parties respectfully request that the Court issue a 30-day Order.==

We thank the Court for its time and consideration in this matter.

Respectfully submitted,

PASHMAN STEIN WALDER HAYDEN

<u>/s/ Deanna L. Koestel</u>

Deanna L. Koestel

**The highlight portion above is So Ordered. The Administrative Termination deadline is set for December 2, 2024.**

**  s/Jamel K. Semper           **
**Hon. Jamel K. Semper, U.S.D.J.**
**Dated: October 30, 2024**